# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

129022 & (16)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DONALD EDGAR JOHNSON,
    Plaintiff-Appellant,

v

CARL ALFRED JOHNSON, SR.,
    Defendant-Appellee.

SC: 129022
COA: 261611
Muskegon CC: 04-043589-CZ

_____/

On order of the Court, the application for leave to appeal the May 20, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for evidentiary hearing is also considered, and it is DENIED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk

s1121